### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MERSADIES BONILLA : | |
|     Plaintiff : | |
|     v. : | |
| AMERICAN HERITAGE FEDERAL CREDIT : | |
| UNION; BRUCE FOLUKE; DANIELLE : | |
| BASICH; and : | CIVIL ACTION NO. – LAW |
| BRANCH MANAGER UNKNOWN : | |
|     Defendants : | |

### NOTICE OF REMOVAL OF ACTION

Pursuant to 28 U.S.C. §1441, Defendants, American Heritage Federal Credit Union, Bruce Foulke, and Danielle Basisch, file this Notice of Removal of the present case from the Court of Common Pleas of Philadelphia County, Pennsylvania, in which it is now pending, to the United States District Court for the Eastern District of Pennsylvania, and aver as follows:

    1. On or about April 23, 2020, Plaintiff filed a Complaint in the Court of Common Pleas of Philadelphia County, captioned <u>Bonilla v. American Heritage Federal Credit Union, et al</u>, under docket No.: 200401130. *See*, *Complaint*, attached as Exhibit "A."

    2. Plaintiff's Complaint seeks damages against Defendants and alleges causes of action pursuant to, *inter alia*, the Truth in Lending Act, the United States Constitution, and laws of the United States. *See, Id*., at ¶48 and <u>VI. Prayer for Relief</u>

    3. Plaintiff's lawsuit is removable from the State Court to this Court pursuant to 28 U.S.C. § 1441 because of federal question jurisdiction.

4. Venue is properly laid in this district pursuant to 28 U.S.C. § 1446(a) because the action sought to be removed is pending in this district. See, 28 U.S.C. § 1446(a).

5. This Honorable Court has jurisdiction over this matter because Plaintiff alleges that the events giving rise to her claims allegedly occurred in this district. 28 USC §1391(b).

6. The Complaint was the first pleading, motion, order or other paper from which it was ascertainable that the case meets the criteria for removal to Federal Court.

7. This Notice of Removal has been timely filed within thirty days of the date Defendants received the Complaint.

**WHEREFORE**, Defendants respectfully requests that the above-captioned action, now pending in the Court of Common Pleas of Philadelphia County, Pennsylvania, be removed therefrom to the United States District Court for the Eastern District of Pennsylvania.

                                                RAWLE & HENDERSON LLP

By: _____
      Nigel A. Greene, Esquire
      Attorney I.D. No. 74636
      Rawle & Henderson LLP
      One S. Penn Square, 16th Floor
      The Widener Building
      Philadelphia, PA 19107
      (215) 575-4200
      ngreene@rawle.com
      Attorney for Defendants,
      American Heritage Federal Credit
      Union, Bruce Foulke (improperly
      named as Bruce Foluke), and Danielle
      Basich

Date: May 13, 2020

13702562-1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MERSADIES BONILLA <br>     Plaintiff <br> v. <br> AMERICAN HERITAGE FEDERAL CREDIT UNION; BRUCE FOLUKE; DANIELLE BASICH; and <br> BRANCH MANAGER UNKNOWN <br>     Defendants , | CIVIL ACTION NO. – LAW |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Removal to Federal Court was served upon the below-listed party by First Class U.S. Mail on May   , 2020:

Mersadies Bonilla
921 Pleasant Valley Avenue #307
Mount Laurel, NJ 08054

                                              RAWLE & HENDERSON LLP

By: _____
       Nigel A. Greene, Esquire
       Attorney I.D. No. 74636
       Rawle & Henderson LLP
       One S. Penn Square, 16th Floor
       The Widener Building
       Philadelphia, PA 19107
       (215) 575-4200
       ngreene@rawle.com
       Attorney for Defendants,
       American Heritage Federal Credit Union, Bruce Foulke (improperly named as Bruce Foluke), and Danielle Basich

Date: May 13, 2020

13702562-1