**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MERSADIES BONILLA** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 20-2276 |
| | : | |
| **AMERICAN HERITAGE FEDERAL** | : | |
| **CREDIT UNION,** *et al.* | : | |

# ORDER

**AND NOW**, this 14th day of July 2020, upon considering the Defendants' unopposed Motion to dismiss (ECF Doc. No. 13) the amended Complaint (ECF Doc. No. 10), and for reasons in the accompanying Memorandum, it is **ORDERED** the Defendants' Motion to dismiss (ECF Doc. No. 13) is **GRANTED in part** and **DENIED in part**:

1. Defendants' Motion for a more definite statement is **DENIED as moot**;

2. Defendants' Motion to dismiss (ECF Doc. No. 13) is **DENIED** as to the Plaintiff's Fair Credit Reporting Act claim against the Credit Union but **GRANTED** as to all other claims without prejudice; and,

3. The Credit Union shall file an answer to the amended Complaint on the remaining claim no later than **July 28, 2020**.

                                                                       **KEARNEY, J.**