IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MERSADIES BONILLA | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 20-2276 |
| | : | |
| AMERICAN HERITAGE FEDERAL CREDIT UNION | : : | |

# ORDER

AND NOW, this 22nd day of February 2021, upon considering the parties' cross-motions for summary judgment (ECF Doc. Nos. 50, 51), Responses (ECF Doc. Nos. 55, 56, 57), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendant's Motion for summary judgment (ECF Doc. No. 51) is **GRANTED** as there are no genuine issues of material fact precluding judgment as a matter of law on the Plaintiff's remaining claims of furnisher liability under the Fair Credit Reporting Act and judgment is warranted in its favor;

2. Plaintiff's Motion for summary judgment (ECF Doc. No. 50) is **DENIED** as she has not adduced evidence creating a genuine issue of material fact precluding judgment as a matter of law in Defendant's favor; and,

3. The Clerk of Court shall **close** this case.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**KEARNEY, J.**